PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DR. BOBBY OJOSE, | ) | |
| | ) | CASE NO. 4:16CV2952 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| DR. MARCIA J. MATANIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

Having filed its Memorandum of Opinion and Order, the Court hereby dismisses with prejudice the Second Amended Complaint (ECF No. 39) as to Defendants Dr. Marcia J. Matanin, James P. Tressel, Dr. Martin A. Abraham, Dr. Charles L. Howell, Kevin W. Reynolds, Cynthia A. Kravitz, and Ken Learman.

This Order of Dismissal constitutes entry of judgment pursuant to Fed. R. Civ. P. 58. Final.

The Clerk is directed to issue a copy of this Order of Dismissal by regular mail to Dr. Bobby Ojose, 5744 Hayter Avenue, Lakewood, California 90712-1609.

   March 6, 2019                           */s/ Benita Y. Pearson*
Date                                        Benita Y. Pearson
                                            United States District Judge