# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 19-3221

Filed: January 09, 2020

DOCTOR BOBBY OJOSE

    Plaintiff - Appellant

4:16cv2952 - BYP

v.

YOUNGSTOWN STATE UNIVERSITY

    Defendant

and

DOCTOR MARICA J. MATANIN; DOCTOR MARTIN A. ABRAHAM; JAMES P. TRESSEL; DOCTOR CHARLES L. HOWELL; KEVIN W. REYNOLDS; CYNTHIA A. KRAVITZ; DOCTOR KEN LEARMAN, all defendants sued in their individual capacities only

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 12/18/2019 the mandate for this case hereby issues today.  Affirmed

COSTS: None